**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, KEN VOGEL, and JOSH GERSTEIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-00388-APM |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant Department of Homeland Security respectfully requests that the Clerk of the Court enter the appearance of Elizabeth Tulis on its behalf, and withdraw the appearance of Matthew J. Berns as its Counsel in the above-captioned matter

Pursuant to Local Civil Rule 83.2(j), Ms. Tulis certifies that she is personally familiar with the Local Rules of this Court.

2

Dated: February 16, 2018    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

 /s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney (NY Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone: (202) 514-9237
elizabeth.tulis@usdoj.gov

*Counsel for Defendant*