IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, KEN VOGEL, and JOSH GERSTEIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-00388-APM |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Defendant Department of Homeland Security ("DHS" or "Defendant") and Plaintiffs The James Madison Project, Ken Vogel, and Josh Gerstein ("Plaintiffs") respectfully submit this Joint Status Report pursuant to the Court's Order of April 24, 2018. The parties apologize for the late filing of this Joint Status Report, which was due on May 7, 2018.

The parties report as follows:

1. Plaintiffs initiated this action under the Freedom of Information Act ("FOIA") on March 3, 2017. The Complaint alleges that this action involves FOIA requests dated January 31, 2017, and submitted to DHS and four components of DHS (the Transportation Security Administration ("TSA"), U.S. Customs and Border Protection ("CBP"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Citizenship and Immigration Services ("USCIS")).

2. All agency components have now completed their processing of Plaintiffs' requests. DHS, USCIS, and ICE located no records responsive to Plaintiffs' FOIA requests. TSA located 53 pages of responsive records, and CBP located 29 pages of responsive records. TSA

– 1 –

– 2 –

referred certain information from its 53 pages of records to DHS. DHS now has fully processed information referred by TSA. Likewise, TSA has completed its processing of Plaintiffs' FOIA request and released 53 pages of responsive records, withholding some information in those records pursuant to the FOIA's statutory exemptions from disclosure and referring some information to DHS for further review. CBP has completed its processing and produced 29 pages of responsive records.

3. The parties have met and conferred, and, in order to facilitate potential resolution of this matter without the Court's intervention, Defendant has provided Plaintiffs with draft declarations describing the relevant searches. The parties have subsequently engaged in discussions regarding the details of those draft declarations. The parties recently finished their discussions regarding those details.

4. At this point, the Plaintiffs require a short additional amount of time to evaluate the entirety of information provided by the Defendant and determine to what extent, if any, they wish to proceed to summary judgment briefing. The Plaintiffs anticipate they can provide a definitive response to the Defendant no later than May 21, 2018.

5. The parties respectfully propose that the parties file a Joint Status Report with the Court by no later than May 21, 2018, indicating whether summary judgment briefing will be necessary in this action.

– 3 –

| | |
|---|---|
| Dated: May 10, 2018 | Respectfully submitted, |
| /s/ Bradley P. Moss, Esq._ | CHAD A. READLER |
| Bradley P. Moss, Esq. | Acting Assistant Attorney General |
| D.C. Bar #975905 | |
| Mark S. Zaid, Esq. | ELIZABETH J. SHAPIRO |
| D.C. Bar #440532 | Deputy Branch Director |
| Mark S. Zaid, P.C. | |
| 1250 Connecticut Avenue, N.W. | /s/ Elizabeth Tulis_ |
| Suite 200 | ELIZABETH TULIS |
| Washington, D.C. 20036 | Trial Attorney (NY Bar) |
| (202) 454-2809 | United States Department of Justice |
| (202) 330-5610 fax | Civil Division, Federal Programs Branch |
| Mark@MarkZaid.com | 20 Massachusetts Avenue NW |
| Brad@MarkZaid.com | Washington, DC 20530 |
| | Telephone: (202) 514-9237 |
| *Counsel for Plaintiffs* | Fax: (202) 616-8470 |
| | elizabeth.tulis@usdoj.gov |
| | |
| | *Counsel for Defendant* |